## In re WEBER.

[Cite as *In re Weber* (1989), 61 Ohio App.3d 636.]

Court of Appeals of Ohio,
Cuyahoga County.

No. 55937.

Decided April 17, 1989.

*Albert L. Purola,* for appellant.

*John T. Corrigan,* prosecuting attorney, for appellee.

---

*Per Curiam.*

 Appellant Kimberly Weber's assignment of error is sustained. The authority to impose institutionalization to age twenty-one is permitted under R.C. 2151.355(A)(4) for the delinquent act committed and therefore probation with conditions, such as the revocation of appellant's driver's license, to age twenty-one in lieu of institutionalization would be proper. The juvenile court, however, lacked the authority to revoke appellant's driver's license for life under any section of R.C. 2151.355.

The judgment of the juvenile court is reversed, and since appellant has attained age twenty-one, the juvenile court judgment is vacated.

*Judgment accordingly.*

NAHRA, P.J., JOHN F. CORRIGAN and PRYATEL, JJ., concur.

AUGUST PRYATEL, J., retired, of the Eighth Appellate District, sitting by assignment.